MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0767 WHA |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ~~[PROPOSED]~~ ORDER DOCUMENTING EXCLUSION OF TIME |
| JOSE BALTAZAR HINOJOSA, ) | |
| Defendant. ) | |

    With the agreement of the parties in open court on July 17, 2012, and with the consent of the defendant Jose Baltazar Hinojosa ("defendant"), the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from July 17, 2012, to August 7, 2012. The Court finds and holds, as follows:

    1.    The defendant appeared before the Court on July 17, 2012. At that appearance, the government informed the Court that it was in the process of obtaining additional discovery to produce to the defense. The parties agreed that the defense needs additional time to effectively investigate the case and to review the new discovery that is expected to be produced. The parties jointly requested that the Court set a status conference date for August 7, 2012, and that the Court exclude time under the Speedy Trial Act based on the need for effective preparation of defense counsel.

STIP. & ~~[PROPOSED]~~ ORDER DOCUMENTING EXCLUSION OF TIME
CR 10-0767 WHA

1     2.    The Court finds that, taking into the account the public interest in the
2 prompt disposition of criminal cases, granting the continuance until August 7, 2012, is
3 necessary for effective preparation of defense counsel.  See 18 U.S.C.
4 § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds that the ends of justice
5 served by excluding the period from July 17, 2012, to August 7, 2012, outweigh the best
6 interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).
7     3.    Accordingly, and with the consent of the defendant, the Court orders that
8 the period from July 17, 2012, to August 7, 2012, be excluded from Speedy Trial Act
9 calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).
10 SO STIPULATED.
11 DATED: July 17, 2012                    MELINDA HAAG
                                         United States Attorney
12
13                                            /s/
                                         _____
                                         KYLE F. WALDINGER
14                                       Assistant United States Attorney
15
16 DATED: July 17, 2012                         /s/
                                         _____
                                         STEVEN G. KALAR
17                                       Counsel for the defendant HINOJOSA
18 IT IS SO ORDERED.
19
20 DATED:  July 18, 2012.
21                                       _____
                                           William Alsup
22                                         UNITED STATES DISTRICT JUDGE

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 10-0767 WHA                          -2-