IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>    v.<br><br>JOSE HINOJOSA,<br><br>  Defendant. | No. CR 10-00767 WHA<br><br>[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING HEARING<br><br>**Current Sentencing Hearing Date:**<br>Oct. 16, 2012 at 2:00 p.m.<br><br>**New Sentencing Hearing Date:**<br>Oct. 30, 2012 at 2:00 p.m. |

The defendant in the above-entitled case has entered a guilty plea pursuant to a written plea agreement. Sentencing is now scheduled for Tuesday, October 16, 2012 at 2:00 p.m.

After the sentencing date was scheduled, counsel for Mr. Hinojosa was informed of an out-of-district work obligation that conflicts with the October 16 hearing. Therefore, the defense requests that the sentencing hearing date be moved to October 30, 2012 at 2:00 p.m.

The government has no objection to this request.

Therefore, for good cause shown the sentencing hearing now scheduled for Tuesday, October 16, 2012 is vacated. The matter shall be added to this Court's calendar on Tuesday,

//

//

//

//

*Hinojosa*, CR 10-00767 WHA
ORD. CONT. SENT. HEARING

October 30, 2012 at 2:00 p.m. for sentencing.

IT IS SO ORDERED.

October 3, 2012.
DATED

WILLIAM ALSUP
United States District Judge

IT IS SO STIPULATED.

October 3, 2012
DATED

/s
MELINDA HAAG
United States Attorney
Northern District of California
KYLE WALDINGER
Assistant United States Attorney

October 3, 2012
DATED

/s
GEOFFREY A. HANSEN
Federal Public Defender
Northern District of California
STEVEN G. KALAR
Assistant Federal Public Defender

*Hinojosa*, CR 10-00767 WHA
ORD. CONT. SENT. HEARING                2